## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Veda James,

      Plaintiff,

v.

Prudential Insurance Company of America,

      Defendant.

Civ. No. 24-2225 (JWB/EMB)

**ORDER FOR DISMISSAL**

The plaintiff and Prudential Insurance Company of America have filed a Stipulation of Dismissal (Doc. No. 28). Based on that Stipulation, Prudential Insurance Company of America is **DISMISSED WITH PREJUDICE** and judgment will be entered. Each party to bear their own costs, disbursements, and attorneys' fees.

      **LET JUDGEMENT BE ENTERED ACCORDINGLY.**

Dated: June 30, 2026

      *s/ Jerry W. Blackwell*
      JERRY W. BLACKWELL
      United States District Court Judge