**UNITED STATES DISTRICT COURT**

**District of Minnesota**

Veda James

Plaintiff,

v.

Prudential Insurance Company of America,
The

Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 24-cv-02225-JWB-EMB

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The plaintiff and Prudential Insurance Company of America have filed a Stipulation of

Dismissal (Doc. No. 28). Based on that Stipulation, Prudential Insurance Company of America

is **DISMISSED WITH PREJUDICE** and judgment will be entered. Each party to bear their own

costs, disbursements, and attorneys' fees.

Date: 7/1/2026

KATE M. FOGARTY, CLERK